UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        Case No. 19-C-322

EDWARD KUHN,

    Defendant.

---

## ORDER DISCHARGING THE RECEIVER, TERMINATING THE RECEIVERSHIP, APPROVAL OF RECEIVER FEES, AND ORDER DIRECTING KUHN TO REMIT PAYMENT

---

This matter came before the court for a hearing on March 20, 2024. During that hearing, this court determined that Edward Kuhn should be held in contempt for his continued failure to comply with the court's June 28, 2019 Judgment and Permanent Injunction. Because this court ordered that Kuhn shall immediately stop his business's employment practices, the purpose of the receivership is now moot. The court has also determined that the amounts requested by the appointed Receiver in his November 3, 2023 Report of Receiver (Dkt. No. 41) appear to be fair and reasonable.

**IT IS THEREFORE ORDERED** that the Receiver's actions in this case are approved and the Receiver is discharged. The Receiver may destroy any business records of Kuhn's business remaining in his possession and control.

**IT IS FURTHER ORDERED** that Edward Kuhn remit $2,292.00 to the Receiver via certified funds (such as a cashier's check) in satisfaction of fees requested.

Dated at Green Bay, Wisconsin this 21st day of March, 2024.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge